TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00639-CR

The State of Texas, Appellant

v.

Lawrence Michael Harrison, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NOS. 0930285, 0930286, 0931482, 0955525, 0962429, 0962434, 0962436 & 0962439 

HONORABLE HUME COFER, JUDGE PRESIDING

PER CURIAM

 The State moves to dismiss its appeal from an order of the district court suppressing
evidence. The motion is granted.

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Dismissed on State's Motion

Filed: March 20, 1997

Do Not Publish